

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00345-CR

Steven Xzavier **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4174
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's brief originally was due to be filed on August 8, 2022. On August 10, 2022, appellant filed a motion requesting a forty-five-day extension of time to file the brief. Appellant's motion is GRANTED, and appellant is ORDERED to file his brief **no later than September 22, 2022**. **Appellant is advised that further requests for an extension of time to file the brief will be disfavored.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court